■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR M. CARBAJAL, Appellant. [922 NYS2d 218]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered April 4, 2008. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree and driving while intoxicated, a class E felony.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Lindley, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YVONNA BELLANTI, Appellant. [921 NYS2d 610]—Appeal from a judgment of the Supreme Court, Erie County (John F. O'Donnell, J.), rendered July 21, 2010. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed and the matter is remitted to Supreme Court, Erie County, for proceedings pursuant to CPL 460.50 (5). Present—Scudder, P.J., Smith, Lindley, Green and Gorski, JJ.